IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN WALTER,

    **Plaintiff,**

v.                                                        Case No. 4:23-cv-442-AW-MJF

LEON COUNTY JAIL,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff failed to comply with court orders, the magistrate judge recommended dismissal. ECF No. 7. There has been no objection to the report and recommendation. It appears Plaintiff has abandoned this case, and I agree with the recommendation.

The court now adopts the report and recommendation and incorporates it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on February 1, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge